UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA S., an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER TARANTINO, an individual; WARDEN GUILLERMO G. GARCIA, an individual; STATE OF CALIFORNIA, a public entity, CALIFORNIA DEPARTMENT OF CORRECTIONS; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 5:12-CV-1816-JAK-DTB<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER** |

GOOD CAUSE having been shown, that a protective order shall be entered to keep the documents from the San Bernardino County District Attorney's office case files (#2012-19101 and 2011-41322) confidential, as set forth separately in the parties' stipulation for protective order,

IT IS SO ORDERED.

Dated: August 28, 2013

_____
Honorable David T. Bristow
United States Magistrate Judge

///